UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America for the use and benefit of )<br>Curtis C. Davis d/b/a Davis Contracting Company, )<br><br>           Plaintiff(s) )<br>                     )<br>vs.                  )<br>Persons Service Company, LLC; Byrd Brothers )<br>Emergency Services, LLC; and Travelers )<br>Casualty and Surety Company of America, )<br>         Defendant(s). )  | **CONSENT/REASSIGNMENT FORM**<br><br><br>Case No.     4:12-cv-153 |

      Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

## Consent ☑        ## Reassignment ☐

*Curt Davis d/b/a*
*Davis Contracting Company*
Party(ies) Represented

/s/ *Chris J. Nyhus*
Attorney Signature

*11-26-12*
Date

Party(ies) Represented

/s/
Attorney Signature

Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

For Eastern Division Cases:

ndd_newcaseFargo@ndd.uscourts.gov

For Western Division Cases:

ndd_newcaseBismarck@ndd.uscourts.gov