# SMITH, CURRIE & HANCOCK LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP THAT INCLUDES PROFESSIONAL CORPORATIONS

Telephone: (404) 521-3800
Facsimile: (404) 688-0671

Reply To:
**Karl Dix, Jr.**
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227

Direct Dial: (404) 582-8038
kfdix@smithcurrie.com

December 29, 2011

<u>Via Email: jkl@cclblaw.com</u>
John K. Larkins, Jr., Esq.
Chilivis, Cochran, Larkins & Bever LLP
3127 Maple Drive, N.E.
Atlanta, GA  30305

RE:   Davis Contracting/Persons Service Co.

Dear Mr. Larkins:

Thank you for your correspondence on this matter. Attached is an invoice that Persons Service Company, LLC ("Persons") has received from Byrd claiming amounts for unpaid equipment and labor charges for Davis Contracting's work. Paragraph 1.B of Davis' contract provides that Davis will furnish the equipment and labor for its work. Paragraph 3.C of Davis' contract provides that Davis will provide a proper application for payment and any lien waivers and releases. Paragraph 6 of the agreement provides that Davis will "be responsible for and save PERSONS ... harmless from all liens and expenses as a result of ... claims of lien". Finally, Paragraph 7.C provides as follows:

> Further, DCC agrees that should any of its subcontractors, suppliers, or vendors, at any tier level, assert a claim against the Project, CONTRACTOR or PERSONS, then DCC will defend, indemnify and save harmless PERSONS and CONTRACTOR from any such claims, including but not limited to bonding off any liens.

Persons hereby demands Davis to bond off this claim as a condition precedent to payment. Alternatively, Persons will escrow this amount to be paid according to the direction of Byrd Brothers Emergency Services, LLC and Davis or as an arbitrator may so determine. If you have any other ideas to resolve this matter and resolve Byrd's claim, please let me know. My client has also specifically requested that you provide a copy of this letter to Mr. Charles Wood so he knows that Persons is addressing this matter and desires to achieve an amicable resolution. Thank you for your consideration in this matter and I look forward to discussing it with you.

ATLANTA • CHARLOTTE • FT. LAUDERDALE • LAS VEGAS • LOS ANGELES • SAN FRANCISCO • TALLAHASSEE • WASHINGTON, DC




EXHIBIT 1

John K. Larkins, Jr., Esq.
December 29, 2011
Page 2

                Sincerely,

                SMITH, CURRIE & HANCOCK LLP

                Karl Dix, Jr.
                Attorneys for Persons Service Company, LLC

KD/alq
Enclosure

cc:    Mr. Buddy Persons

**Byrd Brothers Emergency Services, LLC**
5164 Lamm Rd.
Wilson, NC  27893
USA

Voice:  252-293-4488
Fax:    252-293-4490

# INVOICE

Invoice Number:  ND1222-01
Invoice Date:    Dec 22, 2011
Page:            1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Person's Service Company, Inc.<br>4474 Halls Mill Road<br>Mobile, AL  36693<br>USA | Person's Service Company, Inc.<br>4474 Halls Mill Road<br>Mobile, AL  36693<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Person's Service Com | Minot Temp Housing | Net 10 Days | |
| Sales Rep. ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 1/1/12 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | Labor backcharge | 150,949.40 | 150,949.40 |
| 1.00 | | Equipment backcharge | 89,319.30 | 89,319.30 |
| | | For labor & equipment used by Davis | | |
| | | Contracting | | |
| | | that was paid for by Byrd Brothers | | |
| | | Subtotal | | 240,268.70 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 240,268.70 |
| | | Payment/Credit Applied | | |

Check/Credit Memo No:

TOTAL                240,268.70