IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CURTIS C. DAVIS d/b/a DAVIS CONTRACTING COMPANY, | ) ) ) ) | Case No.: 4:12-cv-153 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PERSONS SERVICE COMPANY, LLC BYRD BROTHERS EMERGENCY SERVICES, LLC; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO ADOPT STIPULATION FOR AMENDED SCHEDULING PLAN AND SCHEDULING ORDER**

Davis Contracting Company hereby moves the Court pursuant to Fed.R.Civ.P. Rule 6(b)(1)(A) and the enclosed Stipulation for Amended Scheduling Plan and Scheduling Order, for an order amending the scheduling plan.

DATED this 21st day of August, 2013.	PEARCE & DURICK

By /s/ Christopher Nyhus
CHRISTOPHER J. NYHUS, #06229
Office: cjn@pearce-durick.com
E-File: #cjnefile@pearce-durick.com
314 East Thayer Avenue
Post Office Box 400
Bismarck, North Dakota 58502-0400
(701) 223-2890
*Counsel for Plaintiff Curtis C. Davis d/b/a Davis Contracting Company*

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of **Motion to Adopt Stipulation for Scheduling Plan and Scheduling Order** and **Stipulation for Scheduling Plan and Scheduling Order got Scheduling Plan** on the 21st day of August, 2013 , filed electronically with the Clerk of Court through ECF and that ECF will send a Service Notification to the following::

Lochlin Samples
lbsamples@smithcurrie.com

                    BY:    /s/ *Christopher J. Nyhus*
                             CHRISTOPHER J. NYHUS, #06229
                             STEPHEN R. COCHELL, admitted *pro hac vice*
                             *Attorneys for Defendants*
                             314 East Thayer Avenue
                             Post Office Box 400
                             Bismarck, North Dakota 58502-0400
                             (701) 223-2890