# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America for the use and benefit of Curtis C. Davis d/b/a Davis Contracting Company, | )<br>)<br>)<br>) |
| Plaintiff, | ) **ORDER** |
| vs. | )<br>) |
| Persons Service Company, LLC; Byrd Brothers Emergency Services, LLC; and Travelers Casualty and Surety Company of America, | )<br>)<br>)<br>) Case No. 4:12-cv-153 |
| Defendants. | )<br>) |

On April 25, 2014, the parties filed a Stipulation for Dismissal of Persons Service Company, LLC. The court **ADOPTS** the Stipulation (Docket No. 36). Plaintiffs Claims 4, 5, and 6 against Defendant Persons Service Company, LLC are **DISMISSED** with prejudice without further notice to any party.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court