# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America for the use and benefit of Curtis C. Davis d/b/a Davis Contracting Company, | )<br>)<br>) |
| Plaintiff, | ) **ORDER RE ADMISSION**<br>) **PRO HAC VICE** |
| vs. | ) |
| Persons Service Company, LLC; Byrd Brothers Emergency Services, LLC; and Travelers Casualty and Surety Company of America, | )<br>)<br>)<br>) |
| Defendants. | ) Case No. 4:12-cv-153<br>) |

Before the court is a motion for attorney Connor L. Cantrell to appear *pro hac vice* on behalf of Defendant Travelers Casualty and Surety Company of America ("Travelers"). In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Connor L. Cantrell has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 42) is **GRANTED**. Attorney Connor L. Cantrell is admitted to practice before this court in the above-entitled action on Travelers' behalf.

**IT IS SO ORDERED.**

Dated this 30th day of May, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge