# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America for the use and benefit of Curtis C. Davis d/b/a Davis Contracting Company, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>)   **ORDER** |
| vs. | )<br>) |
| Byrd Brothers Emergency Services, LLC; and Travelers Casualty and Surety Company of America, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| Travelers Casualty and Surety Company of America, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| Byrd Brothers, Inc., Claude R. Byrd, James K. Byrd, and Donna R. Byrd, | )   Case No. 4:12-cv-153<br>)<br>) |
| Third-Party Defendants. | ) |

On November 7, 2015, the court issued an order: (1) dismissing plaintiffs' claims against Byrd Brothers Emergency Services, LLC ("BBES") and Travelers Casualty and Surety Company of America ("Travelers") on motion by plaintiff; (2) dismissing BBES's counterclaims against plaintiff; (3) staying Travelers' cross claims against BBES and third party claims against third-party defendants pending conclusion of the lawsuit captioned <u>Mike Munna, LLC v. Byrd Brothers Emergency Services, LLC, et. al.</u>, 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, Case No. #14-0645 (hereinafter referred to as the "Louisiana lawsuit"); and (4)

1

directing the parties to file a status report on or before May 1, 2015.

On April 28, 2015, Travelers filed a "Status Update and Request for Extension of Stay." It advises that the Louisiana lawsuit still pending and further requests that the court continue the stay of the above-entitled action through November 1, 2015.

The court **GRANTS** Traveler's request (Docket No. 70) and **ORDERS** that the above entitled action shall be stayed pending conclusion of the Louisiana lawsuit. The court further **ORDERS** that the parties are to file an update on the status of the case on or before November 1, 2015.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2015.

>*/s/ Charles S. Miller, Jr.*
>Charles S. Miller, Jr., Magistrate Judge
>United States District Court