# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America for the use and benefit of Curtis C. Davis d/b/a Davis Contracting Company, | )<br>)<br>) |
| Plaintiff, | )<br>**ORDER**<br>)<br>) |
| vs. | )<br>) |
| Byrd Brothers Emergency Services, LLC; and Travelers Casualty and Surety Company of America, | )<br>)<br>)<br>) |
| Defendants, | )<br>) |
| Travelers Casualty and Surety Company of America, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | ) Case No. 4:12-cv-153<br>) |
| Byrd Brothers, Inc., Claude R. Byrd, James K. Byrd, and Donna R. Byrd, | )<br>)<br>) |
| Third-Party Defendants. | ) |

On November 7, 2014, the court issued an order in which it: (1) dismissed all pending claims except for Travelers Casualty and Surety Company of America's ("Travelers") cross claims against Byrd Brothers Emergency Services, LLC and third-party claims against third-party defendants; and (2) stayed what remains of this matter pending resolution of a lawsuit captioned <u>Mike Munna, LLC v. Byrd brothers Emergency Services, LLC, et. al.</u>, 34th District Court for the Parish of St. Bernard, State of Louisiana, Case No. 14-0645 (hereinafter referred to as the "Louisiana lawsuit").

On November 2, 2015, Travelers filed a status report in which it advised that, although the

1

Louisiana lawsuit was still ongoing, it had decided to move forward in this case.

On November 13, 2015, Travelers filed a motion requesting the court to lift the stay to allow it effectuate service on third-party defendant Claude R. Byrd. The court **GRANTS** Travelers' motion (Docket No. 73) and lifts the stay in this matter.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2015.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court